# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

DELORES SAWL,

        Plaintiff,

v.                                        Case No. 3:19-cv-1386-MMH-PDB

HOWMEDICA OSTEONICS
CORP.,

        Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation and Motion for Voluntary Dismissal With Prejudice Pursuant to Rule 41(A)(1)(a)(ii), F.R.C.P. (Dkt. No. 34; Stipulation) filed on April 5, 2021. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear their own attorney's fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 6th day of April, 2021.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record